860 A.2d 487

**In re Appeal of GULPH MILLS GOLF CLUB from the Decision Dated May 31, 2001 of the Board of Supervisors of the Township of Upper Merion.**

**Appeal of Gulph Mills Golf Club.**

**O'Neill Properties Group, L.P., Intervenor.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 2004.

Decided Nov. 8, 2004.

336

Albert C. Oehrle, Norristown, Dana T. Rieder, for Gulph Mills Golf Club, appellant.

Joseph J. Pizonka, King Of Prussia, for Upper Merion Tp.

Robert J. Kerns, Lansdale, for O'Neill Properties Group, L.P., Intervenor-appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.